**Maryann Pate NIEDERT**

v.

**Raymond Wallace NIEDERT.**

Court of Appeals of Kentucky.

June 28, 1974.

W. Howard Clay, Louisville, for appellant.

S. J. Stallings, Louisville, for appellee.

Memorandum Opinion PER CURIAM, Reversing.*

**James Franklin ROGERS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 28, 1974.

Thomas D. Shumate, Shumate, Shumate & Flaherty, Richmond, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Lawrence Edward "Fats" SPEARS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 28, 1974.

Lester H. Burns, Jr., Somerset, for appellant.

Ed Hancock, Atty. Gen., Patrick B. Kimberlin III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Affirming.*